**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| JUDY THOMAS, | ) | CASE NO. 1:07CV2588 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC, et al. | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

      The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    IT IS SO ORDERED.

                                    s/Christopher A. Boyko
                                    HONORABLE CHRISTOPHER A. BOYKO
                                    UNITED STATES DISTRICT JUDGE

March 18, 2008